UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CURLIN PENNICK, III,<br><br>      Plaintiff,<br><br> v.<br><br>TAMMY ZAMORA, JOHN DOE HANSON, and LUCIANO L. FIGUEROA,<br><br>      Defendants. | No. C11-5890/KLS<br><br>ORDER GRANTING LEAVE TO AMEND COMPLAINT |

  Before the Court is Plaintiff's Motion for Leave to Amend Complaint. ECF No. 14. Plaintiff's amended complaint appears to dismiss all claims against Defendant Figueroa and correctly reflect Defendant "John Doe" Hanson as William Hanson. *Id*. Defendants do not oppose Plaintiff's motion to amend his complaint. ECF No. 15.

  Accordingly, it is **ORDERED:**

  (1) Plaintiff's motion to file an Amended Complaint (ECF No. 14) is **GRANTED.** The Clerk shall docket the proposed Amended Complaint found at ECF No. 14-2 as Plaintiff's Amended Complaint.

  (2) The Clerk shall send a copy of this Order to Plaintiff and counsel for Defendants.

  **DATED** this  29th  day of March, 2012.

                   *Karen L. Strombom*
                   Karen L. Strombom
                   United States Magistrate Judge

ORDER- 1